UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KEVIN BISHOP, | ) | |
| Plaintiff(s), | ) | Case No. 2:08-cv-0726-RLH-GWF |
| vs. | ) | **O R D E R** |
| JOHN E. POTTER, *et al.*, | ) | (Motion to Enlarge Time–#157) |
| Defendant(s). | ) | |

Before the Court is Plaintiff's **Motion for Plaintiff Enlargment [sic] of Time to File Opposition/Response to the USPS Defendants Motion for Summary Judgment #136** (#157, filed July 8, 2010).

The caption to Plaintiff's motion is sufficient to deny and strike the motion. It lists five plaintiffs, none of whom include Plaintiff, and only lists John Does as defendants. Had Mr. Bishop not handwritten the case number on the document, the Court would not have known which case it was dealing with. Notwithstanding the foregoing, the Court will consider and grant Plaintiff's request for an enlargement of time, but no further extensions will be granted. The Court is not impressed with a complaint that he has to travel to Las Vegas, when he has a Las Vegas address.

1

IT IS HEREBY ORDERED that Plaintiff's **Motion for Plaintiff Enlargment [sic] of Time to File Opposition/Response to the USPS Defendants Motion for Summary Judgment #136** (#157) is granted, and he has until July 30, 2010, to file his opposition to Defendants' Motion for Summary Judgment (#136).

Dated: July 12, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**

2