# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| KEVIN BISHOP, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:08-cv-0726-RLH-GWF |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOHN E. POTTER, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before the Court is an Order (#132) entered by the Honorable George W. Foley, regarding Defendant's Motion for Sanctions (#113).

Plaintiff filed a Motion for the District Judge to Reconsider Judge Foley's Order (#135) in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, and this matter was referred for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Foley is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order (#132) is AFFIRMED, Plaintiff's Motion (#135) is denied, and Defendant Potter's Motion for Sanctions (#113) is granted as ordered.

Dated:   July 12, 2010.

ROGER L. HUNT
Chief U.S. District Judge