# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-00726-RLH-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN E. POTTER, *et al.*, | ) | Motion for Copy of Deposition (#145) |
| | ) | |
| Defendants. | ) | |

      This matter is before the Court on Plaintiff Kevin Bishop's Motion for the USPS Defendants to Provide Plaintiff Copy of the July 2nd, 2010 Deposition Taken at No Cost to Plaintiff Who is Appearing *In Forma Pauperis* (#145), filed June 24, 2010; Defendants' Opposition to Motion for the USPS Defendants to Provide Plaintiff Copy of the July 2nd, 2010 Deposition (#158), filed July 9, 2010; and Plaintiff's Reply to USPS Defendants' Opposition (#164), filed July 14, 2010.

      Plaintiff requests a court order compelling Defendants to produce a copy of his deposition transcript at the defendants' expense. (#145). Defendants argue that they are not obligated to bear the costs of making a copy of the deposition transcript and that Plaintiff's *in forma pauperis* status does not entitle him to waive the cost of the transcript. (#158).

      Nothing in the Federal Rules entitles Plaintiff to a free copy of his deposition transcript. *See Allen v. Hernandez*, 2008 WL 4078742, *1 (E.D.Cal., Aug. 29, 2008). If Plaintiff wishes to obtain a copy, he must pay for it, pursuant to Fed.R.Civ.P. 30(f)(2). The court reporter or officer who attended and recorded the deposition will furnish a copy of the deposition to Plaintiff upon payment of reasonable charges. Fed.R.Civ.P. 30(f)(2). However, there is no provision under the Federal Rules or the Local Rules requiring a party to provide free copies of deposition transcripts to an *in forma pauperis* litigant. *See Allen*, 2008 WL 4078742, *1. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Kevin Bishop's Motion for the USPS Defendants to Provide Plaintiff Copy of the July 2nd, 2010 Deposition Taken at No Cost to Plaintiff Who is Appearing *In Forma Pauperis* (#145) is **denied**.

DATED this 11th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**