# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BISHOP,<br><br>                     Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, *et al.*,<br><br>                     Defendants. | Case No. 2:08-cv-00726-RLH-GWF<br><br>**ORDER**<br><br>Motion for Clarification (#173) |

This matter is before the Court on Plaintiff Kevin Bishop's Motion for Clarification (#173), filed July 28, 2010; Defendant John Potter's Opposition to Plaintiff Kevin Bishop [Sic] Motion for Clarification (#179), filed August 2, 2010; and Plaintiff's Reply to USPS Defendants Docket #179 filed August 2, 2010 (#190), filed August 11, 2010.

Plaintiff requests that the Court clarify or reconsider its July 13, 2010 Order granting an extension of time for Defendants Jeanne Wingate, Russell Warr, and Sandra Anderson to respond to Plaintiff's Second Amended Complaint. (#161). Defendants argue that the Court should deny Plaintiff's motion as a motion to dismiss based on similar issues is currently pending before the District Judge. (*See* #171). The Court finds the issues related to service raised by Plaintiff in the present motion are also raised in the motion to dismiss pending before the District Judge. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Kevin Bishop's Motion for Clarification (#173) is **denied**.

DATED this 26th day of August, 2010.

                                                            */s/ George Foley Jr.*
                                                            **GEORGE FOLEY, JR.**
                                                            **United States Magistrate Judge**