# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-00726-RLH-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN E. POTTER, *et al.*, | ) | Motion for Clarification (#199) |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff Kevin Bishop's Motion for Clarification (#199), filed August 25, 2010.  The present motion requests the same relief as the plaintiff's prior motion for clarification (#173) which was denied by the Court on August 26, 2010.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Kevin Bishop's Motion for Clarification (#199) is **denied**.

DATED this 27th day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**