UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN BISHOP, | Case No.: 2:08-cv-00726-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Reconsideration–#197) |
| JOHN E. POTTER, *et al*., | |
| Defendants. | |

  Before the Court is Plaintiff Kevin Bishop's **Motion for Reconsideration** (#197), filed August 25, 2010.  The Court has also considered Defendants' Opposition (#204), filed September 13, 2010.

  Local Rule IB 3-1 provides a party taking exception to a magistrate judge's decision on a pretrial matter may serve written objection to the ruling, together with supporting point and authorities, within ten days from the date of service of the magistrate judge's ruling, and that the opposing party may file points and authorities in opposition to the objection within ten days thereafter.  After conducting a de novo review of the record in this matter in accordance with 28 U.S.C. § 636(b)(1)(A) and LR IB 3-1, and having considered Plaintiff's Objection and the

\

AO 72
(Rev. 8/82)

Defendants' Opposition thereto, the Court finds that Judge Foley's order of August 11, 2010, is not clearly erroneous or contrary to law, and should be affirmed.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Bishop's Motion for Reconsideration (#197) is DENIED.

Dated: September 24, 2010

_____
**ROGER L. HUNT**
**Chief United States District Judge**

2

AO 72
(Rev. 8/82)